# THE UNITED STATES OF AMERICA

United States District Court  Southern District of Texas

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that

## Thomas Andrew Barta

was duly admitted and qualified as an Attorney and Counselor of said District Court on the **23th** day of **September,** A.D., **2013.**

**Southern District of Texas Federal ID No. 2107673**

Affix Seal Here

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in **Houston** in the Southern District of Texas, this **30th** day of **September,** A.D., **2013**.

*David Bradley*

Clerk